```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611009341
Cashier ID: lenahac
Transaction Date: 08/31/2012
Payer Name: Bursor and Fisher P.A.
--------------------------------
CIVIL FILING FEE
 For: Timothy Smith
 Case/Party: D-CAN-4-12-CV-004591-001
 Amount:        $350.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1206
 Amt Tendered: $350.00
--------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

DHR
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.