IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIMOTHY SMITH, ROHIT FEDANE, and MISTY JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CABOT CREAMERY COOPERATIVE, INC. and AGRI-MARK, INC.,<br><br>    Defendants. | Case No. 12-4591 SC<br><br>JUDGMENT |

In accordance with the Court's February 25, 2013 Order Granting Defendant's Motion to Dismiss, JUDGMENT in this action is hereby entered in favor of Defendants Cabot Creamery Cooperative, Inc. and Agri-Mark, Inc. and against PLAINTIFFS Timothy Smith, Rohit Fedane, and Misty Johnson.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: March 20, 2013

_____
UNITED STATES DISTRICT JUDGE